**United States Bankruptcy Court**
**District of Puerto Rico**

**IN RE:** Case No. **15-** _____

**UNIVERSAL INDUSTRIAL SUPPLIES INC** Chapter **11**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **December 14, 2015**   Signature: */s/ JAVIER BUSTILLO GONZALEZ*
                              **JAVIER BUSTILLO GONZALEZ, PRESIDENT**   Debtor

Date: _____   Signature: _____
                                                  Joint Debtor, if any

© 2015 CINgroup 1.866.218.1003 – CINcompass – CINcompass (www.cincompass.com)

```
AAA
PO BOX 70101
SAN JUAN, PR  00936-8101


ADVANCE MFG LLC
KM 1.7 WH 23 SABANA ABAJO
CHARLYN IND PARK- ROAD 190
CAROLINA, PR  00983


AEE
PO BOX 363508
SAN JUAN, PR  00936-3508


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ  07101-1270


AR DISTRIBUTORS
1791 JAJOME ST CROWN HILLS
SAN JUAN, PR  00926


AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR  00936-3508


AXESA SERVICIOS DE INFORMACION
PO BOX 70373
SAN JUAN, PR  00936-8373
```

```
BANCO POPULAR DE PR
CARD PRODUCTS DIVISION (643)
PO BOX 363228
SAN JUAN, PR   00936-3228


COLMENA CONDUIT LTDA
KM 1 CARR TUBARCO, VIA TURISTICA AA9056
PARQUE IND. CARLOS VELEZ POMBO
TURBECO, COLOMBIA,


CONSPRO CORP
PO BOX 361628
SAN JUAN, PR   00936-1628


CRIM
PO BOX 195387
SAN JUAN, PR   00919-5387


DEPARTAMENTO DE HACIENDA
DIVISION IVU
PO BOX 9022501
SAN JUAN, PR   00902-2501


DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR   00902-4140


ELECTROCABLES DEL CARIBE CORP
54 CAPRI ST PASEO LAS BRISAS
SAN JUAN, PR   00926-5947
```

```
FEDERAL PACIFIC
1 GOODSON ST
BRISTOL, VA   24201


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN, PR   00936-5028


GE CONTROL
1975 NOBLE ROAD BUILDING 328H
EAST CLEVELAND, OH   44112


HALCO LIGHTING TECHNOLOGIES
PO BOX 930162
ATLANTA, GA   31193-0162


ILLUMINTAION PRODUCTS INC
PO BOX 361065
SAN JUAN, PR   00936-1065


IMPRENTA LLORENS
PO BOX 885
JUANA DIAZ, PR   00795-0885


KAF-TECH
DEPT CH 10415
PALATINE, IL   60055
```

```
LANCO MANUFACTURING CORP
URB APONTE NO 5
SAN LORENZO, PR   00754


LDA INCORPORADO
CALLE VIA ESCORIAL 429 VILLAS REALES
GUAYNABO, PR   00969


LUCANOS INC
PO BOX 9071
SAN JUAN, PR   00907


LUCANOS INC
PO BOX 9074
SAN JUAN, PR   00907


MAKITA USA
14930 NORTHMAN ST
LA MIRADA, CA   90638


MUNICIPIO DE PONCE
PO BOX 331709
PONCE, PR   00733-1709


MUNICIPIO DE PONCE
P O BOX 331709
PONCE, PR   00733-1709
```

```
OLDACH ASSOCIATES INC
PO BOX 364603
SAN JUAN, PR   00936-4603


OLYMPIC INDUSTRIAL INC
690 CUBITA STREET
GUAYNABO, PR   00969-2801


OSRAM SYLVANIA INC
PO BOX 275, 18725 NORTH UNION ST
WESTFIELD, IN   46074


PBP WATE CORPORATION
PO BOX 3686
MAYAGUEZ, PR   00681


RELIANCE ICI PAINTS
PO BOX 9179 PLAZA STAION
CAROLINA, PR   00988


SKYLINE LIGHTING
669 BERKMAR COURT
CHARLOTTESVILLE, VA   22901


WORLDNET TELECOMMUNICATIONS
PO BOX 70201
SAN JUAN, PR   00936-8201
```

```
YOUR SECURITY CORP
PO BOX 336118
PONCE, PR  00733-6118
```

Fill in this information to identify the case:

Debtor name: **UNIVERSAL INDUSTRIAL SUPPLIES INC**
United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO**
Case number (if known): **15-**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DEPARTAMENTO DE HACIENDA DIVISION IVU** PO BOX 9022501 SAN JUAN, PR 00902-2501 | | | | | | $491,289.01 |
| **DEPARTAMENTO DE HACIENDA** PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | | | $173,917.69 |
| **ELECTROCABLES DEL CARIBE CORP** 54 CAPRI ST PASEO LAS BRISAS SAN JUAN, PR 00926-5947 | | | | | | $79,140.95 |
| **GE CONTROL** 1975 NOBLE ROAD BUILDING 328H EAST CLEVELAND, OH 44112 | | | | | | $74,245.27 |
| **CRIM** PO BOX 195387 SAN JUAN, PR 00919-5387 | | | | | | $47,111.97 |
| **LDA INCORPORADO** CALLE VIA ESCORIAL 429 VILLAS REALES GUAYNABO, PR 00969 | | | | | | $45,943.38 |

Debtor **UNIVERSAL INDUSTRIAL SUPPLIES INC**     Case number *(if known)* **15-**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| COLMENA CONDUIT LTDA KM 1 CARR TUBARCO, VIA TURISTICA AA9056 PARQUE IND. CARLOS VELEZ POMBO TURBECO, COLOMBIA | | | | | | $43,770.59 |
| LUCANOS INC PO BOX 9071 SAN JUAN, PR 00907 | | | | $43,581.05 | $0.00 | $43,581.05 |
| AMERICAN EXPRESS PO BOX 1270 NEWARK, NJ 07101-1270 | | | | | | $38,319.39 |
| MUNICIPIO DE PONCE PO BOX 331709 PONCE, PR 00733-1709 | | | | | | $31,000.00 |
| BANCO POPULAR DE PR CARD PRODUCTS DIVISION (643) PO BOX 363228 SAN JUAN, PR 00936-3228 | | | | | | $29,854.35 |
| MUNICIPIO DE PONCE P O BOX 331709 PONCE, PR 00733-1709 | | | | | | $13,619.26 |
| RELIANCE ICI PAINTS PO BOX 9179 PLAZA STAION CAROLINA, PR 00988 | | | | | | $8,227.60 |
| ILLUMINTAION PRODUCTS INC PO BOX 361065 SAN JUAN, PR 00936-1065 | | | | | | $5,186.62 |
| AR DISTRIBUTORS 1791 JAJOME ST CROWN HILLS SAN JUAN, PR 00926 | | | | | | $5,150.79 |

Debtor  **UNIVERSAL INDUSTRIAL SUPPLIES INC**  Case number *(if known)*  **15-**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HALCO LIGHTING TECHNOLOGIES** PO BOX 930162 ATLANTA, GA 31193-0162 | | | | | | $5,105.24 |
| **LANCO MANUFACTURING CORP** URB APONTE NO 5 SAN LORENZO, PR 00754 | | | | | | $5,020.90 |
| **OLDACH ASSOCIATES INC** PO BOX 364603 SAN JUAN, PR 00936-4603 | | | | | | $5,000.00 |
| **ADVANCE MFG LLC** KM 1.7 WH 23 SABANA ABAJO CHARLYN IND PARK- ROAD 190 CAROLINA, PR 00983 | | | | | | $3,899.84 |
| **OLYMPIC INDUSTRIAL INC** 690 CUBITA STREET GUAYNABO, PR 00969-2801 | | | | | | $2,602.15 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of Puerto Rico

In re  **UNIVERSAL INDUSTRIAL SUPPLIES INC**        Case No. **15-**
                                        Debtor(s)       Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ |
   | Prior to the filing of this statement I have received | $ |
   | Balance Due | $ |

   ■ **RETAINER**

   | | |
   |---|---|
   | For legal services, I have agreed to accept and received a retainer of | $ **2,000.00** |
   | The undersigned shall bill against the retainer at an hourly rate of | $ **250.00** |

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
           **None**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re **UNIVERSAL INDUSTRIAL SUPPLIES INC**     Case No. **15-**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 14, 2015** | **/s/ Modesto Bigas-Mendez** |
| *Date* | **Modesto Bigas-Mendez** |
| | *Signature of Attorney* |
| | **Modesto Bigas Law Office** |
| | |
| | **PO Box 7462** |
| | **Ponce, PR 00732-7462** |
| | **(787) 844-1444   Fax: (787) 842-4080** |
| | **modestobigas@yahoo.com** |
| | *Name of law firm* |

Software Copyright (c) 1996-2015 CIN Group - www.cincompass.com